# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| EX REL ANNA THOMAS ET AL BY MICHAEL JOHN LEIDEN, APPLICANT, | : | No. 23 MM 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| BRUCE HANES, CLERK OF THE ORPHANS COURT, MONTGOMERY COUNTY, AND JUDGE CHERYL LYNN AUSTIN, JUDGE LOIS MURPHY, 38TH JUDICIAL DISTRICT, ORPHANS COURT DIVISION, COMMON PLEAS COURT, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

 **AND NOW,** this 4th day of May, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the judges' names from the caption.